IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICHAEL POPE,                                          )
                                                       )
        *Plaintiff,*                                   )
                                                       )
        -vs-                                           )     No. 08 CV ____
                                                       )
CITY OF CHICAGO and                                    )     *(jury demand)*
P.O. FRANK MACK #19804,                                )
P.O. O'TOOLE, P.O. JONATHAN SHORTALL,                  )     FILED: AUG 19, 2008
P.O. STACK, and P.O. DANIEL CONWAY,                    )     08CV4715
                                                       )     JUDGE HART
        *Defendants.*                                  )     MAGISTRATE JUDGE COLE
                                                             RCC

## COMPLAINT

Plaintiff, by counsel, alleges as follows:

1. This is a civil action arising under 42 U.S.C. §1983. The jurisdiction of this court is conferred by 28 U.S.C. §1343 and 28 U.S.C. §1367.

2. Plaintiff Michael Pope Thomas is a resident of the Northern District of Illinois.

3. Defendant City of Chicago is an Illinois municipal corporation. Plaintiff invokes the supplemental jurisdiction of this Court to assert a state law claims against the City and does not assert any federal claim against the municipality.

4. Defendants Frank Mack #19804, O'Toole, Jonathan Shortall, Stack, and Daniel Conway were at all times relevant acting under color of their authority as a Chicago police officers; each is sued in his individual

capacity.

5. On or about July 10, 2006, defendants Mack, O'Toole, Shortall, Stack, and Conway arrested plaintiff.

6. Defendants Mack, O'Toole, Shortall, Stack, and Conway did not have a lawful basis to arrest plaintiff but instead fabricated evidence to implicate plaintiff in criminal wrongdoing.

7. On August 29, 2006, plaintiff was arraigned on charges based on the evidence fabricated by defendants Mack, O'Toole, Shortall, Stack, and Conway.

8. As a result of the above described wrongdoing of defendants Mack, O'Toole, Shortall, Stack, and Conway, plaintiff was held in custody until his trial in April of 2008, when he was found not guilty.

9. **Claim I:** As a result of the foregoing, defendants Mack, O'Toole, Shortall, Stack, and Conway caused plaintiff to be subjected to false arrest or false imprisonment, contrary to rights secured by the Fourth Amendment.

10. **Claim II:** Defendants Mack, O'Toole, Shortall, Stack, and Conway, by fabricating evidence and concealing their wrongdoing, caused plaintiff to be wrongfully held in custody for nearly two years and thereby deprived plaintiff of due process of law as secured by the Fourteenth Amendment.

11. **Claim III:** The above described acts of defendants Mack, O'Toole, Shortall, Stack, and Conway constitute the Illinois tort of malicious prosecution, for which the City of Chicago is responsible under the doctrine of

respondeat superior.

12.    Plaintiff hereby demands trial by jury.

Wherefore plaintiff requests that judgment be entered in his favor and against defendants in an amount in excess of two hundred and fifty thousand dollars as compensatory damages.

/s/ Kenneth N. Flaxman

_____

KENNETH N. FLAXMAN
ARDC No. 830399
200 South Michigan Avenue
Suite 1240
Chicago, Illinois 60604-2430

(312) 427-3200 (phone)
(312) 427-3930 (fax)
knf@kenlaw.com

*attorney for plaintiff*