AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

*RECEIVED 2008 AUG 25 PM 2 08 OFFICE OF THE CITY CLERK*

SUMMONS IN A CIVIL CASE

Michael Pope

V.

City Of Chicago, PO Frank Mack #19804, PO O\'Toole, PO Jonathan Shortall, PO Stack, PO Daniel Conway

CASE NUMBER: 08CV4715

ASSIGNED JUDGE: JUDGE HART
MAGISTRATE JUDGE COLE
RCC

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

City Of Chicago
c/o City Clerk
118 N Clark St
Chicago, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kenneth N. Flaxman
200 S Michigan Ave., Ste 1240
Chicago, Illinois 60604

an answer to the complaint which is herewith served upon you, within ___twenty___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK

**August 19, 2008**
_____
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 8/25/08 |
| NAME OF SERVER (PRINT) Michael Kelvins | TITLE Law Clerk |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 118 N Clark St, City Clerk Receptionist

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/25/08
             Date

Signature of Server

Address of Server: 200 S Michigan Ste. 1240

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.